```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 37572
   BETTY J LOCKE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1472


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/15/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 07/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ECONOMY FURNITURE          SECURED              183.90        25.12        183.90
FORD MOTOR CREDIT          SECURED             8000.00      1059.28       8000.00
ILLINOIS DEPT OF REVENUE   PRIORITY              582.50         .00        582.50
ILLINOIS DEPT OF REVENUE   UNSECURED             113.65         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY             2705.78         .00       2705.78
INTERNAL REVENUE SERVICE   UNSECURED             195.25         .00           .00
AT & T BANKRUPCTY          UNSECURED          NOT FILED         .00           .00
CHARTER ONE BANK           UNSECURED          NOT FILED         .00           .00
CERTEGY                    NOTICE ONLY        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED              350.00        .00           .00
DOMINICKS                  UNSECURED          NOT FILED         .00           .00
HAWTHORNE CREDIT UNION     UNSECURED          NOT FILED         .00           .00
KOHLS                      UNSECURED             283.48         .00           .00
MAXIMUS                    UNSECURED          NOT FILED         .00           .00
MEIJER                     UNSECURED          NOT FILED         .00           .00
KOHLS                      UNSECURED              93.75         .00           .00
WAL MART STORES INC        UNSECURED          NOT FILED         .00           .00
WAL MART                   UNSECURED          NOT FILED         .00           .00
Z TEL COMMUNICATIONS       UNSECURED          NOT FILED         .00           .00
NATIONAL CAPITAL MGMT LL   UNSECURED             671.44         .00         17.05
FORD MOTOR CREDIT          UNSECURED             896.24         .00         22.76
KOHLS                      UNSECURED              65.73         .00           .00
KOHLS                      UNSECURED              79.18         .00           .00
KOHLS                      UNSECURED              78.61         .00           .00
STEFANS STEFANS & STEFAN   REIMBURSEMENT         194.00         .00         194.00
INTERNAL REVENUE SERVICE   SECURED NOT I      14723.20         .00           .00
ASSET ACCEPTANCE CORP      UNSECURED             620.20         .00         15.75
FORD MOTOR CREDIT          UNSECURED                .00         .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY        2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                          959.07
DEBTOR REFUND              REFUND                                           514.79


                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 37572 BETTY J LOCKE
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      16,480.00

PRIORITY                                             3,482.28
SECURED                                              8,183.90
     INTEREST                                        1,084.40
UNSECURED                                               55.56
ADMINISTRATIVE                                       2,200.00
TRUSTEE COMPENSATION                                   959.07
DEBTOR REFUND                                          514.79
                            ---------------      ---------------
TOTALS                       16,480.00              16,480.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE